IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | | |
|---|---|---|---|
| Civil Action: | 13-cv-02789-PAB-BNB | Date: | May 15, 2014 |
| Courtroom Deputy: | Brandy Simmons | FTR: | BNB COURTROOM A-401 |

| *Parties* | *Counsel* |
|---|---|
| RALEN SHANE WANSTALL, | *Elisabeth L. Owen* |
| **Plaintiff(s),** | |
| v. | |
| JOSEPH ARMIJO, | *Johanna Hamburger* |
| JEFFREY KAMMRAD, | *Timothy B. Jafek* |
| CHARLES DANIELS, | |
| JANE/JOHN DOE, | |
| **Defendant(s).** | |

## COURTROOM MINUTES

**SCHEDULING CONFERENCE**

Court in session: 1:38 p.m.

Appearances of counsel.

Argument held on Defendants' Motion to Vacate Settlement Conference [19] filed April 30, 2014.

**ORDERED:** Defendants' Motion to Vacate Settlement Conference [19] is DENIED.

**ORDERED:** Defendants' Motion for Entry of a Protective Order Pending Resolution of Defendants' Motion to Vacate Scheduling Conference [24] is DENIED.

Initial disclosure deadline: May 19, 2014.

Each side is allowed:

Ten (10) depositions. Each deposition is limited to one day of 7 hours;

Twenty-five (25) interrogatories;
Twenty-five (25) requests for production of documents;
Twenty-five (25) requests for admissions.

Deadline for joinder of parties and amendment of pleadings: July 21, 2014.

Discovery cut-off: November 14, 2014.

Dispositive motion deadline: December 1, 2014.

Each side may designate two expert witnesses.
Parties shall designate all experts no later than: September 15, 2014.
Parties shall designate all rebuttal experts no later than: October 15, 2014.

All written discovery shall be served such that responses are due by the discovery cut-off.

A final proposed pretrial order is due January 26, 2015.  A Final Pretrial Conference will be held in this case on February 2, 2015, at 9:30 a.m. in Courtroom A-401 before Judge Boyd N. Boland.

Proposed Scheduling Order was approved and entered with interlineations made by the court.

Court in recess: 2:18 p.m.      Hearing concluded.     Total time in court:  00:40