IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-02789-PAB-BNB

RALEN SHANE WANSTALL,

Plaintiff,

v.

JOSEPH ARMIJO, Correctional Officer, United States Penitentiary-Florence, in his individual capacity,
JEFFREY KAMMRAD, Senior Officer, United States Penitentiary-Florence, in his individual capacity,
CHARLES DANIELS, Warden, United States Penitentiary-Florence, in his individual capacity, and
JANE/JOHN DOE, Associate Warden, United State Penitentiary-Florence, in his or her individual capacity,

Defendants.

_____

**ORDER**
_____

The parties appeared this afternoon for a scheduling conference. Also pending were the following:

(1) **Defendants' Motion to Vacate [Scheduling] Conference** [Doc. # 19, filed 4/30/2014] (the "Motion to Stay Discovery") which essentially sought a stay of discovery pending a decision on the defendants' motion for summary judgment; and

(2) **Defendants' Motion for Protective Order** [Doc. # 24, filed 5/9/2014].

I heard argument on the motions in connection with the scheduling conference and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1)     The Motion to Stay Discovery [Doc. # 19] is DENIED; and

(2)   The Motion for Protective Order [Doc. # 24] is DENIED.

Dated May 15, 2014.

                                          BY THE COURT:

                                           s/ Boyd N. Boland
                                          United States Magistrate Judge