IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02789-PAB-BNB

RALEN SHANE WANSTALL,

Plaintiff,

v.

JOSEPH ARMIJO, Correctional Officer, United States Penitentiary-Florence, in his individual capacity,
JEFFREY KAMMRAD, Senior Officer, United States Penitentiary-Florence, in his individual capacity,
CHARLES DANIELS, Warden, United States Penitentiary-Florence, in his individual capacity, and
JANE/JOHN DOE, Associate Warden, United State Penitentiary-Florence, in his or her individual capacity,

Defendants.

## MINUTE ORDER

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

Pursuant to the filing of the **Notice Regarding Motion to Quash by Nonparty Federal Bureau of Prisons** [49],

IT IS ORDERED that the **Motion to Quash by NonParty Federal Bureau of Prisons** [31] is **DENIED AS MOOT**. However, the hearing set for **July 9, 2014**, will still be held because the **Defendants' Motion for Protective Order** [38] is still pending.

DATED:  June 26, 2014