IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-02789-PAB-BNB

RALEN SHANE WANSTALL,

Plaintiff,

v.

JOSEPH ARMIJO, Correctional Officer, United States Penitentiary-Florence, in his individual capacity,
JEFFREY KAMMRAD, Senior Officer, United States Penitentiary-Florence, in his individual capacity,
CHARLES DANIELS, Warden, United States Penitentiary-Florence, in his individual capacity, and
JANE/JOHN DOE, Associate Warden, United State Penitentiary-Florence, in his or her individual capacity,

Defendants.
_____

**ORDER**
_____

This matter arises on the following:

(1)     **Defendants' Motion for Protective Order** [Doc. # 38, filed 6/5/204]; and

(2)     **Motion for Protective Order By Nonparty Federal Bureau of Prisons** [Doc. # 52, filed 6/26/2014] (the "BOP Motion for Protective Order").

I held a hearing on the motions this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1)     Defendants' Motion for Protective Order [Doc. # 38] is GRANTED.  A blanket protective order will enter separately.

(2)     The BOP Motion for Protective Order [Doc. # 52] is GRANTED.  The Rule

30(b)(6) deposition of the Federal Bureau of Prisons shall occur on July 25, 2014, at a time and place as the parties may agree. The deposition shall not exceed one day of seven hours.

Dated July 9, 2014.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge