IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02789-PAB-BNB

RALEN SHANE WANSTALL,

Plaintiff,

v.

JOSEPH ARMIJO, Correctional Officer, United States Penitentiary-Florence, in his individual capacity,
JEFFREY KAMMRAD, Senior Officer, United States Penitentiary-Florence, in his individual capacity,
CHARLES DANIELS, Warden, United States Penitentiary-Florence, in his individual capacity, and
JANE/JOHN DOE, Associate Warden, United State Penitentiary-Florence, in his or her individual capacity,

Defendants.

___

## MINUTE ORDER
___

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Unopposed Motion for Leave to Amend Complaint to Add Claim for Injunctive Relief Against Federal Bureau of Prisons** [docket no. 66, filed July 21, 2014] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept the Second Amended Complaint and Jury Demand for filing.

DATED:  July 28, 2014