IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-02789-PAB-BNB

RALEN SHANE WANSTALL,

Plaintiff,

v.

JOSEPH ARMIJO, Correctional Officer, United States Penitentiary-Florence, in his individual capacity;
JEFFREY KAMMRAD, Senior Officer, United States Penitentiary-Florence, in his individual capacity;
CHARLES DANIELS, Warden, United States Penitentiary-Florence, in his individual capacity;
JANE/JOHN DOE, Associate Warden, United State Penitentiary-Florence, in his or her individual capacity,
FEDERAL BUREAU OF PRISONS; and
CHARLES SAMUELS, Director, Federal Bureau of Prisons, in his official capacity,

Defendants.

_____

**ORDER**
_____

This matter arises on the **Joint Motion to Stay Proceedings** [Doc. # 121, filed 10/10/2014] (the "Motion"). Good cause having been shown,

IT IS ORDERED:

(1)     The Motion [Doc. # 121] is GRANTED, and the action is stayed to and including December 9, 2014.

(2)     The stay shall expire on December 9, 2014, unless either (a) expressly extended by order of the court or (b) a motion or stipulation to dismiss is filed prior to December 9, 2014.

(3)     Upon expiration of the stay, the case schedule shall be modified as follows:

Discovery Cut-Off:            January 20, 2015

(All discovery must be completed by the discovery cut-off. All written discovery must be served so that responses are due on or before the discovery cut-off.)

Dispositive Motions Deadline:     February 6, 2015

Expert Disclosures:

(a)     The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before December 15, 2014

(b)     The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before January 13, 2015

Dated October 15, 2014.

                                                         BY THE COURT:

                                                         s/ Boyd N. Boland
                                                         United States Magistrate Judge