IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-02789-PAB-BNB

RALEN SHANE WANSTALL,

Plaintiff,

v.

JOSEPH ARMIJO, Correctional Officer, United States Penitentiary-Florence, in his individual capacity;
JEFFREY KAMMRAD, Senior Officer, United States Penitentiary-Florence, in his individual capacity;
CHARLES DANIELS, Warden, United States Penitentiary-Florence, in his individual capacity;
JANE/JOHN DOE, Associate Warden, United State Penitentiary-Florence, in his or her individual capacity,
FEDERAL BUREAU OF PRISONS; and
CHARLES SAMUELS, Director, Federal Bureau of Prisons, in his official capacity,

Defendants.
_____

**ORDER**
_____

This matter arises on the **Joint Motion to Extend Stay of Proceedings** [Doc. # 125, filed 12/5/2014] (the "Motion to Extend Stay"). Also pending are the Federal Bureau of Prisons' **Partial Motion to Quash** [Doc. # 68, filed 7/24/2014] (the "Motion to Quash") and **Plaintiff's Motion to Compel** [Doc. # 96, filed 8/15/2014] (the "Motion to Compel").

I previously stayed all proceedings in this case based on the parties representation that they were discussing settlement; that a settlement would require at least 60 days to be approved by all necessary governmental officials; and that the parties' efforts at settlement would be hindered absent a stay. The parties now inform me that they "are actively engaged in settlement negotiations and are very close to a settlement." Motion to Extend Stay [Doc. # 125] at ¶6.

IT IS ORDERED:

(1)     The Motion to Extend Stay [Doc. # 125] is GRANTED, and the action is stayed pending further order of the court.

(2)     The Motion to Quash [Doc. # 68] and Motion to Compel [Doc. # 96] are DENIED without prejudice and may be renewed, if necessary.

(3)     A status conference is set for February 25, 2015, at 9:00 a.m., in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

Dated December 9, 2014.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge