IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. No. 1:13-cv-02789-PAB-NYW

RALEN SHANE WANSTALL,

Plaintiff,

v.

JOSEPH ARMIJO,
JEFFREY KAMMRAD,
CHARLES DANIELS,
JANE/JOHN DOE,
CHARLES SAMUELS,
FEDERAL BUREAU OF PRISONS,

Defendants.

**ORDER**

Magistrate Judge Nina Y. Wang

This civil action comes before the court on Plaintiff Shane Wanstall's ("Plaintiff") Unopposed Motion for Leave to Amend Complaint [# 140], filed March 30, 2015 (the "Motion"). Pursuant to the Order Referring Case dated October 17, 2013 [#4] and the memorandum dated March 31, 2015 [#39], the Motion is before this Magistrate Judge.

IT IS ORDERED that Plaintiff's Motion is GRANTED. Plaintiff is directed to file and serve his proposed amended complaint [#140-1] within seven days of entry of this Order.

DATED March 31, 2015.              BY THE COURT:

                                   *s/* Nina Y. Wang_____
                                   United States Magistrate Judge